# Court of Appeals
# of the State of Georgia

ATLANTA, September 13, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0060. BRIDGETTE FREDERICK v. CORPORATE AMERICA FAMILY CREDIT UNION.**

Corporate America Family Credit Union filed a suit on account against Bridgette Frederick. The trial court granted summary judgment to Corporate America Family Credit Union, awarding the principal amount of $4,487.99, accrued interest of $419.85, future interest, attorney fees in the amount of $509.00, and all costs of the action. Frederick appealed directly to this Court. We lack jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is [$10,000] or less, an application for discretionary appeal is required. [Cit.]" *Lightwerk Studios v. Door Units of Ga.*, 184 Ga. App. 148, 149 (361 SE2d 32) (1987); see also OCGA § 5-6-35 (a) (6). Inasmuch as the total judgment in favor of Corporate America Family Credit Union is for less than $10,000, the entry of summary judgment provides no basis for a direct appeal in this case. See *Ca-Shar, Inc. v. McKesson Corp.*, 204 Ga. App. 865, 865-866 (420 SE2d 810) (1992). Accordingly, because Frederick failed to follow the required procedure, this Court lacks jurisdiction to consider her appeal, and it is ordered DISMISSED. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603, 604 (469 SE2d 844) (1996).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/13/2013
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*